JS-6/ "O"

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 08-0095-AG(ANx) | Date | September 24, 2008 |
|---|---|---|---|
| Title | THOMAS ALAN MACMANUS, ET AL v TERESA MACMANUS, ET AL | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Lisa Bredahl | Not Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   [IN CHAMBERS] ORDER DISMISSING MATTER

On August 27, 2008, this Court issued and Order to Show Cause re: Dismissal for Lack of Prosecution. In response, on September 18, 2008 the plaintiff in Pro Se, Thomas Alan MacManus filed a Motion to Dismiss without Prejudice and noticed the matter for hearing for October 20, 2008 at 10:00 a.m.  The Court advances the motion to this date and GRANTS plaintiff's motion to dismiss.  This matter is HEREBY DISMISSED in its entirety.

:   0

Initials of Preparer   lmb